# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142526(26)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JUSTLY ERNEST JOHNSON,
    Defendant-Appellant.

_____

SC:    142526
CoA:  298189
Wayne CC: 99-005393-FC

On order of the Chief Justice, the motion for temporary admission to practice of Byron C. Lichstein is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk